# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): Advocates for Individuals with Disabilities Foundation, Inc.

**Defendant**(s): Golden Rule Properties, LLC

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Peter Strojnik, Esq.**
**STROJNIK, P.C.**
**1 East Washington Street, Suite 500**
**Phoenix, Arizona 85004**
**774-768-2234**

Defendant's Atty(s):

**Matthew T Anderson , Esq.**
**JABURG WILK, P.C.**
**3200 North Central Ave, 20th Floor**
**Phoenix, Arizona  85012**
**602-248-1000**

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2016-006898**

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties (Diversity Cases Only) | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| IV. Origin : | 2. Removed From State Court |
| V. Nature of Suit: | 446 Amer. w/Disabilities - Other |
| VI.Cause of Action: | 28 U.S.C. 1331 |
| VII. Requested in Complaint | |

Class Action: **No**
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **is not related** to another case.

**Signature:** Mathew T. Anderson

**Date:** July 19, 2016

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

18828-18828-00001\MTA\KAC\2153703.1