IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Golden Rule Properties, LLC,<br><br>Defendant. | No. CV-16-02412-PHX-SPL<br><br>**ORDER** |

This action was originally filed on June 9, 2016 in the Maricopa County Superior Court, Case No. CV2016-006898. Defendant removed the case to this Court on July 19, 2016, asserting that the Court had jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1367. (Doc. 1.) Plaintiff has moved to dismiss its federal claim with prejudice[1] and asks that the Court remand its remaining state law claim. (Doc. 7.)

Because Defendant does not claim the Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, and the face of the complaint indicates a lack of diversity among the parties, this Court is without jurisdiction over the remaining state law claim and will remand this action to state court. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded"). Further, as Plaintiff filed the instant motion within eight days of the date this action was removed, the Court concludes that Defendant would not be

---

[1]   While Plaintiff has attached a copy of Defendant's Answer (Doc. 7-2), the Court notes that the no answer has been filed on the docket in this action.

prejudiced and an award of attorney's fees and costs is not warranted. Accordingly,

**IT IS ORDERED**:

1. That Plaintiff's Motion to Dismiss and for Remand (Doc. 7) is **granted**;

2. That **Count One** of the Verified Complaint (Doc. 1-1), alleging a violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq*., is **dismissed with prejudice**;

3. That each party shall bear their own attorneys' fees and costs; and

4. That Clerk of Court shall **remand** this case to the Maricopa County Superior Court and **terminate** this action.

Dated this 29th day of July, 2016.

Honorable Steven P. Logan
United States District Judge