# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

July 29, 2016

Michael Jeans, Clerk
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona  85003-2205

ATTN:     Civil File Counter

RE:       REMAND TO MARICOPA COUNTY SUPERIOR COURT

          District Court Case Number:    CV-16-02412-PHX-SPL

          Superior Court Case Number:    CV2016-006898

Dear Mr. Jeans:

Enclosed is a certified copy of the Order entered in this Court on 7/29/2016 remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

BRIAN D. KARTH, DCE/CLERK OF COURT

S/ Erica Aragon
Deputy Clerk

Enclosure

cc : All Counsel of Record