# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Advocates for Individuals with Disabilities Foundation, Inc., | Case No. 2:16-cv-02412-SPL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Williamsfield and Higley Limited Partnership, | |
| Defendant. | |

The Court, having reviewed Defendant's Motion to Reconsider Apportionment of Fees on Remand, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's request for reconsideration of the Court's July 29, 2016 Order (Doc. 9) and granting Defendant leave to seek its reasonable fees and costs incurred in removing this matter.

**IT IS FURTHER ORDERED** that Defendant must file its motion for reasonable fees and costs incurred by _____, 2016.

DATED this _____ day of _____, 2016.

_____
Honorable Steven P. Logan
United States District Court, District of Arizona

18828-18828-00001\AKH\SLK\2173779.1