**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Matthew T. Anderson (025934)
mta@jaburgwilk.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc., | Case No. 2:16-cv-02412-SPL |
| Plaintiff, | **DEFENDANT'S NOTICE OF ERRATA** |
| v. | |
| Golden Rule Properties, LLC, | |
| Defendant. | |

Defendant Golden Rule Properties, LLC ("Golden Rule"), through undersigned counsel, hereby files its Notice of Errata regarding the filing made in this matter on August 3, 2016.  This Notice is being filed to remove Defendant's Motion to Reconsider Apportionment of Fees on Remand (Doc. 10) as the Order attached thereto listed the incorrect Defendant.

DATED this 3d day of August, 2016.

**Jaburg & Wilk, P.C.**

/s/ Matthew T. Anderson
Matthew T. Anderson
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
Attorneys for Defendant

JABURG|WILK
Attorneys at Law

1

*Certificate of Service*

2

I hereby certify that on this 3d day of August, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3

4

Peter Strojnik, Esq.
STROJNIK P.C.
1 East Washington Street, Suite 500
Phoenix, Arizona 85004
ps@strojnik.com

5

6

7

Fabian Zazueta, Esq.
Advocates for Individuals with Disabilities
40 North Central Ave, Suite 1400
Phoenix, AZ 85004
Telephone: (774) 768-2233
fabian@aid.org

8

9

10

Attorneys for Plaintiff

11

12

13

/s/ Sharon L. Kuller

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2