# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Golden Rule Properties, LLC <br><br> Defendant. | Case No. 2:16-cv-02412-SPL <br><br> **ORDER** |

The Court, having reviewed Defendant's Motion to Reconsider Apportionment of Fees on Remand, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's request for reconsideration of the Court's July 29, 2016 Order (Doc. 9) and granting Defendant leave to seek its reasonable fees and costs incurred in removing this matter.

**IT IS FURTHER ORDERED** that Defendant must file its motion for reasonable fees and costs incurred by _____, 2016.

DATED this _____ day of _____, 2016.

_____
Honorable Steven P. Logan
United States District Court, District of Arizona

18828-18828-00001\AKH\SLK\2173779.1