1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8    Advocates for Individuals with          )    No.  CV-16-02412-PHX-SPL
9    Disabilities Foundation, Inc.,          )
                                             )
10                          Plaintiff,       )    **ORDER**
                                             )
11   vs.                                     )
                                             )
12   Golden Rule Properties, LLC,            )
                                             )
13                          Defendant.       )
                                             )
14

15          Before the Court is Defendant's motion seeking reconsideration of the Court's

16   denial of attorney's fees and costs on remand. (Doc. 12.) Having reviewed the request,

17   the Court will call for a response from Plaintiff. *See* LRCiv 7.2(g)(2) ("No response to a

18   motion for reconsideration and no reply to the response may be filed unless ordered by

19   the Court…"). Accordingly,

20          **IT IS ORDERED** that Plaintiff shall have until **August 17, 2016** to file a

21   response to Defendant's Motion to Reconsider (Doc. 12).

22          Dated this 4th day of August, 2016.

23

24                                            _____
                                              Honorable Steven P. Logan
25                                            United States District Judge

26

27

28