IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation, Inc.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Golden Rule Properties, LLC,<br><br>　　　　　Defendant. | No. CV-16-02412-PHX-SPL<br><br>**ORDER** |

Defendant has moved for reconsideration of the Court's denial of attorney's fees and costs on remand. (Doc. 12.) The Court reviewed Defendant's request and called Plaintiff to file a response to the motion no later than August 17, 2016. *See* LRCiv 7.2(g)(2). No such response was filed. Therefore, finding good cause appearing, the motion will be granted. *See* LRCiv 7.2(i). Accordingly,

**IT IS ORDERED:**

1. That Defendant's Motion to Reconsider (Doc. 12) is **granted**;

2. That Defendant shall be granted reasonable attorneys' fees and costs incurred in removing this matter;

3. That Defendant shall file a statement of attorneys' fees and costs in accordance with the local rules no later than **August 25, 2016**.

Dated this 19th day of August, 2016.

Honorable Steven P. Logan
United States District Judge